# EXHIBIT 2

![uspto] UNITED STATES PATENT AND TRADEMARK OFFICE

# Patent Assignment Abstract of Title

Search results for Patent #: 12252506

Generated on Tue Apr 28 2026 09:05:23 GMT-0700 (Pacific Daylight Time)

| Invention title | Patent number | Application number | Publication number | PCT number |
|---|---|---|---|---|
| METHODS OF PREPARING NICOTINAMIDE RIBOSIDE AND DERIVATIVES THEREOF | 12252506 | 18307733 | 20240101588 | N/A |
| | | View in PPUBS | View in PPUBS | N/A |
| **Inventors** | **Issue date** | | | **International number** |
| Marie MIGAUD , Philip REDPATH, Kerri CROSSEY, Mark DOHERTY | Mar 18, 2025 | **Filing date** Apr 26, 2023 | **Publication date** Mar 28, 2024 | N/A |

## Assignment 1

**Reel/ Frame**
68081/0169

**Pages**
22

**Conveyance**
ASSIGNMENT OF ASSIGNOR'S INTEREST

**Documents**
View documents

**Recorded**
Jul 25, 2024

**Assignors & execution date**

MIGAUD, MARIE
May 2, 2017

REDPATH, PHILIP
Feb 14, 2017

CROSSEY, KERRI
Feb 14, 2017

### View more

**Assignee**

THE QUEEN'S UNIVERSITY OF BELFAST
UNIVERSITY ROAD
BELFAST
UNITED KINGDOM
BT7 1NN

**Correspondent**

SALLY A. SULLIVAN

LEYDIG, VOIT & MAYER, LTD.
4940 PEARL EAST CIRCLE, SUITE 200
BOULDER, CO 80301

**Attorney docket number**

339362 : 4-16C US