# EXHIBIT 5

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2025

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.**

For the transition period from _____ to _____.

**Commission file number 001-37752**

# NIAGEN BIOSCIENCE, INC.

(Exact name of Registrant as specified in its Charter)

| **Delaware** | **26-2940963** |
|---|---|
| (State or other jurisdiction of incorporation) | (I.R.S. Employer Identification No.) |

**10900 Wilshire Blvd. Suite 600, Los Angeles, CA 90024**
(Address of Principal Executive Offices and Zip Code)

Registrant's telephone number, including area code (310) 388-6706

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol** | **Name of each exchange on which registered** |
|---|---|---|
| Common Stock, $0.001 par value per share | NAGE | The Nasdaq Capital Market |

Securities registered pursuant to Section 12(g) of the Act: **None.**

*Table of Contents*

**Patents, Trademarks, Licenses, or Royalty Agreements, Including Duration**

We currently protect our intellectual property through patents, trademarks, designs and copyrights on our products and services. We have used and, to a limited extent, continue to use intellectual property to create new proprietary ingredients. We aim to develop and commercialize these proprietary ingredients ourselves as well as grant licenses to external companies for their commercialization.

The following table sets forth our existing patents and those to which we have licensed rights:

| Patent Number | Title | Filling Date | Issued Date | Expires | Licensor |
|---|---|---|---|---|---|
| 8,106,184 | Nicotinyl Riboside Compositions and Methods of Use | 11/17/2006 | 1/31/2012 | 9/20/2027 | Licensed from Cornell University |
| 9,000,147 | Nicotyl riboside compositions and methods of use | 1/17/2012 | 4/7/2015 | 11/17/2026 | Licensed from Cornell University |
| 9,321,797 | Nicotyl riboside compositions and methods of use | 11/17/2014 | 4/26/2016 | 11/17/2026 | Licensed from Cornell University |
| 9,975,915 | Crystalline forms of nicotinoyl ribosides, modified derivatives thereof, and phosphorylated analogs thereof, and methods of preparation thereof | 11/10/2017 | 5/22/2018 | 11/10/2037 | Owned by Niagen Bioscience |
| 10,000,519 | Methods of Preparing Nicotinamide Riboside and Derivatives Thereof | 7/24/2014 | 6/19/2018 | 7/24/2034 | Owned by Niagen Bioscience |
| 10,000,520 | B-vitamin and amino acid conjugates of nicotinoyl ribosides and reduced nicotinoyl ribosides, derivatives thereof, and methods of preparation thereof | 3/16/2017 | 6/19/2018 | 3/16/2037 | Owned by Niagen Bioscience |
| 10,183,036 | Use of nicotinic acid riboside or nicotinamide riboside derivatives, and reduced derivatives thereof, as NAD+ increasing precursors | 4/20/2017 | 1/22/2019 | 4/20/2037 | Owned by Niagen Bioscience |
| 10,280,190 | Nicotinic acid riboside or nicotinamide riboside compositions, reduced derivatives thereof, and the use thereof to enhance skin permeation in treating skin conditions | 3/16/2016 | 5/7/2019 | 5/31/2036 | Owned by Niagen Bioscience |
| 10,688,118 | Nicotinamide riboside compositions for topical use in treating skin conditions | 10/30/2014 | 6/23/2020 | 4/6/2035 | Owned by Niagen Bioscience |
| 10,689,411 | Efficient and scalable syntheses of nicotinoyl ribosides and reduced nicotinoyl ribosides, modified derivatives thereof, phosphorylated analogs thereof, adenylyl dinucleotide conjugates thereof, and novel crystalline forms thereof | 11/10/2017 | 6/23/2020 | 11/10/2037 | Owned by Niagen Bioscience |
| 10,815,262 | Methods of preparing nicotinamide riboside and derivatives thereof | 2/27/2018 | 10/27/2020 | 7/24/2034 | Owned by Niagen Bioscience |
| 10,857,172 | Use of nicotinamide riboside, nicotinic acid riboside, and nicotinamide mononucleotide, reduced nicotinyl compounds, and nicotinoyl compound derivatives in infant formula for healthy development | 4/14/2017 | 12/8/2020 | 4/14/2037 | Owned by Niagen Bioscience |
| 10,934,322 | B-vitamin and amino acid conjugates of nicotinoyl ribosides and reduced nicotinoyl ribosides, derivatives thereof, and methods of preparation thereof | 5/11/2018 | 3/2/2021 | 3/16/2037 | Owned by Niagen Bioscience |
| 11,033,568 | Nicotinamide riboside compositions for topical use in treating skin conditions | 6/3/2020 | 6/15/2021 | 10/30/2034 | Owned by Niagen Bioscience |
| 11,071,747 | Use of NAD precursors for breast enhancement | 11/29/2017 | 7/27/2021 | 11/29/2037 | Licensed from University of Iowa |
| 11,214,589 | Crystalline forms of nicotinoyl ribosides and derivatives thereof, and methods of preparation thereof | 12/10/2019 | 1/4/2022 | 8/16/2040 | Owned by Niagen Bioscience |

9

*Table of Contents*

| Patent Number | Title | Filling Date | Issued Date | Expires | Licensor |
|---|---|---|---|---|---|
| 11,242,364 | Efficient and scalable syntheses of nicotinoyl ribosides and reduced nicotinoyl ribosides, modified derivatives thereof, phosphorylated analogs thereof, adenylyl dinucleotide conjugates thereof, and novel crystalline forms thereof | 5/18/2021 | 2/8/2022 | 11/10/2037 | Owned by Niagen Bioscience |
| 11,274,117 | Efficient and scalable syntheses of nicotinoyl ribosides and reduced nicotinoyl ribosides, modified derivatives thereof, phosphorylated analogs thereof, adenylyl dinucleotide conjugates thereof, and novel crystalline forms thereof | 4/30/2021 | 3/15/2022 | 11/10/2037 | Owned by Niagen Bioscience |
| 11,345,720 | Efficient and scalable syntheses of nicotinoyl ribosides and reduced nicotinoyl ribosides, modified derivatives thereof, phosphorylated analogs thereof, adenylyl dinucleotide conjugates thereof, and novel crystalline forms thereof | 12/15/2021 | 5/31/2022 | 11/10/2037 | Owned by Niagen Bioscience |
| 11,524,022 | Use of nicotinamide riboside, nicotinic acid riboside, and nicotinamide mononucleotide, reduced nicotinyl compounds, and nicotinoyl compound derivatives in infant formula for healthy development | 4/14/2017 | 12/13/2022 | 4/14/2037 | Owned by Niagen Bioscience |
| 11,571,413 | Nicotinamide riboside treatments of domesticated meat animals | 6/26/2020 | 2/7/2023 | 9/27/2039 | Licensed from Kansas State University |
| 11,584,770 | Methods of preparing nicotinamide riboside and derivatives thereof | 5/4/2022 | 2/21/2023 | 7/24/2034 | Owned by Niagen Bioscience |
| 11,633,421 | Use of NAD precursors for improving maternal health and/or offspring health | 11/29/2017 | 4/25/2023 | 6/19/2039 | Licensed from University of Iowa |
| 11,746,123 | Efficient and scalable syntheses of nicotinoyl ribosides and reduced nicotinoyl ribosides, modified derivatives thereof, phosphorylated analogs thereof, adenylyl dinucleotide conjugates thereof, and novel crystalline forms thereof | 6/22/2020 | 9/05/2023 | 11/10/2037 | Owned by Niagen Bioscience |
| 11,981,698 | Methods of Preparing reduced Nicotinamide Riboside and Derivatives Thereof | 5/4/2022 | 5/14/2024 | 7/24/2034 | Owned by Niagen Bioscience |
| 12,195,494 | Efficient and scalable syntheses of nicotinoyl ribosides and reduced nicotinoyl ribosides, modified derivatives thereof, phosphorylated analogs thereof, adenylyl dinucleotide conjugates thereof, and novel crystalline forms thereof | 8/24/2023 | 1/14/2025 | 11/10/2037 | Owned by Niagen Bioscience |
| 12,252,506 | Methods of Preparing reduced Nicotinamide Riboside and Derivatives Thereof | 4/26/2023 | 3/18/2025 | 7/24/2034 | Owned by Niagen Bioscience |
| 12,433,908 | Use of nicotinamide riboside, nicotinic acid riboside, and nicotinamide mononucleotide, reduced nicotinyl compounds, and nicotinoyl compound derivatives in infant formula for healthy development | 11/30/2022 | 10/7/2025 | 4/14/2037 | Owned by Niagen Bioscience |
| 12,485,134 | Use of nicotinamide riboside, nicotinic acid riboside, reduced nicotinyl riboside compounds, and nicotinyl riboside compound derivatives in formulations | 2/21/2020 | 12/2/2025 | 10/8/2041 | Owned by Niagen Bioscience |

10